**Eddie MOORE, Plaintiff—Appellant,**

v.

**Rudolph TILLMAN, in his individual capacity; Janice Montgomery, in her individual capacity; William White, in his individual capacity; Donald Driskill, in his individual capacity; Denise Hinson, in her individual capacity; Glenn S. Sherman, in his individual capacity; Charles Yates, in his individual capacity; Glenda Robinson, in her individual capacity; Marshall Clement Sanford, Jr., in his individual capacity; Robert M. Stevenson, in his individual and official capacity; Jon Ozmint, in his individual and official capacity, Defendants—Appellees.**

No. 08–8453.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 27, 2009.

Eddie Moore, Appellant Pro Se. Frank Barnwell McMaster, John Gregg McMaster, Jr., Tompkins & McMaster, Columbia, South Carolina; David Michael Tatarsky, South Carolina Department of Corrections, Columbia, South Carolina, for Appellees.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Moore appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Tillman,* No. 3:07–cv–03209–RBH, 2008 WL 4442593 (D.S.C. Aug. 18, 2008; Sept. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*